CARYL A. MONTGOMERY, Appellant, *v.* DAVID B. COCKS et al., Respondents.

*Montgomery* v. *Cocks*, 148 App. Div. 893, affirmed.
(Argued March 8, 1915; decided March 23, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 29, 1911, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term in an action to compel specific performance of an alleged contract to sell real property.

*William G. Mulligan* and *Charles F. Halsted* for appellant.

*Gerrit Smith* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN and SEABURY, JJ. Not sitting: MILLER, J.